R. CAMPION AND ANOTHER V. SAMUEL T. ANGIER.

The affidavit, on a second application, for a continuance on the ground of the
absence of a material witness, must state that there are not other witnesses
in attendance, by whom the defendant can prove the same facts; or, in
the words of the statute, "that the testimony cannot be obtained from any
other source."

The correct practice doubtless is, in no case to revise the judgment of the
Court, refusing a continuance, unless the party asking a reversal on that
ground, has reserved the point by a bill of exceptions.

Error from Brazoria. The case had been continued at a
previous Term, on the application of the same defendant. The
other facts are sufficiently apparent from the Opinion.

*P. Mac Greal,* for plaintiffs in error.

*J. H. Bell,* for defendant in error.

WHEELER, J. The affidavit for a continuance was insuffi-
cient, in that, it did not state, that there were other witnesses
in attendance by whom the defendant could prove the same
facts; or, in the words of the statute, " that the testimony can-
"not be obtained from any other source." (Hart. Dig., Art.
815.) And the event showed that the defendant had witnesses
in attendance, who were sufficiently cognizant of all the mate-
rial parts of his case.

The correct practice, doubtless is, in no case to revise the
judgment of the Court, refusing a continuance, unless the party
seeking a reversal on that ground, has reserved the point by a
bill of exceptions. It not unfrequently happens that we would
be at a loss to discover upon what ground a continuance has

bee refused, were it not for reasons contained in the bill of exceptions. When called upon to sign a bill of exceptions, the Court may state very satisfactory reasons, apparent to the Court there, which would not otherwise be made to appear to this Court: as, that the evidence sought was, in fact, within the reach of the party, (Hall v. York, *supra*,) or there was evidence before the Court that the affidavit was not, in fact, true. The judgment is affirmed.

Judgment affirmed.